CASES REPORTED WITHOUT PUBLISHED OPINIONS

(FILED 17 SEPTEMBER 2013)

| | | |
|---|---|---|
| CRAFT v. CITY OF NEW BERN<br>No. 13-148 | Craven<br>(09CVS2090) | Affirmed |
| ENNIS v. MUNN<br>No. 12-1349 | New Hanover<br>(11CVM1575-6) | Dismissed in part<br>and affirmed in part |
| JAMES v. SCHOONDERWOERD<br>No. 12-1457 | Wake<br>(10CVS3120) | Affirmed |
| MYERS v. BEN MYNATT<br>CHEVROLET CADILLAC<br>No. 12-1211 | N.C. Industrial<br>Commission<br>(W99855) | Affirmed |
| N.C. BD. OF PHARMACY<br>v. NAJARIAN<br>No. 12-1140 | Wake<br>(11CVS7970) | Affirmed |
| OKITENBO v. CHARLOTTE<br>MECKLENBURG SCH.<br>No. 13-349 | Mecklenburg<br>(12CVS15454) | Affirmed |
| PREMIERE AUTO, L.L.C.<br>v. WACHOVIA BANK, N. A.<br>No. 13-328 | Cumberland<br>(11CVS6838) | Dismissed |
| STATE v. ALSBROOKS<br>No. 13-414 | Union<br>(10CRS56747)<br>(11CRS3737) | No Error |
| STATE v. AUSTIN<br>No. 13-268 | Gaston<br>(11CRS63435)<br>(11CRS63439)<br>(12CRS6449-50)<br>(12CRS6455-58)<br>(12CRS6461-65) | No Error |
| STATE v. GARRETT<br>No. 13-206 | Craven<br>(09CRS2984-86)<br>(09CRS54179-80)<br>(09CRS54182)<br>(12CRS104) | No error in defendant's<br>trial; remand to<br>correct clerical error<br>in judgment,<br>Case Number<br>12 CRS 000104. |
| STATE v. INMAN<br>No. 12-1561 | Robeson<br>(11CRS2843) | No Error in Part,<br>Vacated and<br>Remanded in Part. |